# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FARRELL BENTLEY, DERON JONES, and GLENN MITCHELL on behalf of themselves, and all others similarly situated, | ) ) ) ) ) | Civil Action No. 1:17-cv-08151 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERICAN MATTRESS, INC., FRANK DEMAIO, individually, and MICHAEL KENNA, individually, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiffs Farrell Bentley, Deron Jones, and Glenn Mitchell ("Plaintiffs"), and Defendants American Mattress, Inc., Frank DeMaio, and Michael Kenna ("Defendants"), through their counsel, hereby stipulate that the above case be dismissed *with prejudice* and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: May 18, 2018

| | |
|---|---|
| /s/Douglas M. Werman | /s/Daniel E. Beederman (w/consent) |
| Douglas M. Werman | Daniel E. Beederman |
| Maureen A. Salas | Matthew Tyrrell |
| Sarah J. Arendt | Schoenberg Finkel Newman |
| Werman Salas P.C. | & Rosenberg, LLC |
| 77 West Washington Street, Suite 1402 | 222 South Riverside Plaza, Suite 2100 |
| Chicago, Illinois 60602 | Chicago, IL 60606 |
| (312) 419-1008 | (312) 648-2300 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |