# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Farrell Bentley, et al.
                                        Plaintiff,

v.                                                          Case No.: 1:17−cv−08151
                                                            Honorable Sheila M. Finnegan

American Mattress, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 18, 2018:

    MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' joint stipulation for voluntary dismissal [105] and under F.R.C.P 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs to any party. Telephone status set on 5/24/2018 is cancelled. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.